**EVERSOURCE**

Eversource Energy
Attn: Special Collections
247 Station Drive
Westwood, MA  02090

February 9, 2023

U.S. Bankruptcy Court
Clerk's Office
5 Post Office Square, Suite 1150
Boston, MA  02109-3945

Re:             Mabrothers LLC
Case #:         22-10229

Dear Bankruptcy Clerk:

Please accept this letter as a withdrawal of the proof of claim 5 6 for the above mentioned case # 22-10229 for the amount of $17,810.79 dated March 31, 2022.

If you have any questions, I can be reached at special.collections@eversource.com.

Sincerely,

*Lisa DeBonise*

Lisa DeBonise
Special Collections