

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  <br><br>**MABROTHERS, LLC,**  <br>　　Debtor | Ch. 7  <br>22-10229-JEB |

### Order

**MATTER:**

#48 Motion filed by Trustee John O. Desmond to Approve Compromise Under Rule 9019

Having reviewed the Motion, good cause being shown and no objections having been filed, the Motion is granted. The Stipulation is approved. The Trustee shall by **April 5, 2023,** file a stipulation of dismissal in the adversary proceeding or a status report as to why a stipulation cannot be filed.

The hearing scheduled for March 14, 2023, is canceled.

Dated: 3/6/2023

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge